# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARY LOU MILLER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CHECK BUREAU, INC.<br><br>Defendant. | Case No. 1:17-cv-1032-PLM-RSK<br><br>Hon. Paul L. Maloney |

## STIPULATION TO DISMISS

**NOW COME** Plaintiff Mary Lou Miller and Defendant National Check Bureau, Inc., by and through their undersigned counsel, who pursuant to Rule 41(a)(2) stipulate and agree to the dismissal of this matter, with prejudice, and without fees to either party.

Respectfully Submitted,

| | |
|---|---|
| /s/ B. Thomas Golden | /s/ Elizabeth M. Shaffer |
| B. Thomas Golden (P70822) | Elizabeth M. Shaffer, Esq. |
| GOLDEN LAW OFFICES, P.C. | DINSMORE & SHOHL LLP |
| Attorney for the Plaintiff | 255 East Fifth Street, Suite 1900 |
| 318 E. Main St., Ste. L | Cincinnati, Ohio 45202 |
| P.O. Box 9, Lowell, MI 49331 | Tel: (513) 977-8200 |
| Telephone: (616) 897-2900 | Fax: (513) 977-8141 |
| Facsimile: (616) 897-2907 | elizabeth.shaffer@dinsmore.com |
| btg@bthomasgolden.com | *Counsel for Defendant,*<br>*National Check Bureau, Inc.* |